UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE HELENE DUDZINSKI,

           Plaintiffs,

v.

SPIRIT AIRLINES, INCORPORATED,
ASSOCIATION OF FLIGHT ATTENDANTS/
COMMUNICATIONS WORKERS
ASSOCIATION, ROBERT LOVE, and AMY
JACOBS,

           Defendants.
_____/

Case Number 09-15009
Honorable David M. Lawson
Magistrate Judge R. Steven Whalen

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS ASSOCIATION OF FLIGHT ATTENDANTS/ COMMUNICATIONS WORKERS ASSOCIATION, AMY JACOBS, AND SPIRIT AIRLINES, INCORPORATED'S MOTIONS FOR SUMMARY JUDGMENT**

Presently before the Court is the report issued on March 4, 2013 by Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b), recommending that this Court grant defendants Association of Flight Attendants/Communications Workers Association, Amy Jacobs, and Spirit Airlines, Incorporated's motions for summary judgment. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #94] is **ADOPTED**.

It is further **ORDERED** that defendants Association of Flight Attendants/Communications Workers Association, Amy Jacobs, and Spirit Airlines, Incorporated's motions for summary judgment [dkt. #74, 82] are **GRANTED**.

                                                    s/David M. Lawson  
                                                    DAVID M. LAWSON  
                                                    United States District Judge

Dated: March 22, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 22, 2013.

                                    s/Deborah R. Tofil  
                                    DEBORAH R. TOFIL